# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ROLAND MEDEIROS,<br><br>               Petitioner,<br>vs.<br><br>MATTHEW CATE, Secretary of CDCR,<br><br>               Respondent. | Case No. ED CV 11-42 VBF (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATE: 6-20-12

_____
HON. VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE