UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ROLAND MEDEIROS,<br><br>    Petitioner,<br>vs.<br><br>MATTHEW CATE, Secretary of CDCR,<br><br>    Respondent. | Case No. ED CV 11-42 VBF (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 6·20·12

_____
HON. VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE